June 16, 1964

## Davis *v.* Delaware Valley Mutual Casualty Company, Appellant.

Argued June 13, 1964. *Sheldon Tabb,* for appellant; *Charles A. Lord,* with him *Arthur G. Raynes,* and *Richter, Lord, Toll & Cavanaugh,* for appellee.

Judgments affirmed.

June 18, 1964

## Commonwealth ex rel. Snyder, Appellant, *v.* Cavell.

Submitted December 11, 1963. *Fred J. Snyder,* appellant, in propria persona; no argument was made nor brief submitted for appellee.

Order affirmed.